# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2016

151971(64)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

JOSHUA LEE MOSHER,
Defendant-Appellant.
_____/

SC: 151971
COA: 320444
Ottawa CC: 13-037693-FC

On order of the Court, the motion for reconsideration of this Court's May 2, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2016



Clerk

d0718